[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10106

_____

D.C. Docket No. 5:10-cv-00104-AKK

SILVADNIE QUAINOO,

Plaintiff-Appellee,

versus

CITY OF HUNTSVILLE, ALABAMA,

Defendant,

JENNIFER DENISE WATKINS,
HUNTER J. ALDRIDGE,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(February 1, 2013)

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

Defendants-Appellants Jennifer Watkins and Hunter Aldridge appeal the district court's denial of their motion for summary judgment on the basis of qualified immunity and state-agent immunity as to Plaintiff-Appellee Silvadnie Quainoo's 42 U.S.C. § 1983 and state law claims.  Quainoo's claims arose out of a traffic stop conducted by Watkins and Aldridge, who were at the time police officers with the City of Huntsville Police Department.  After reviewing the parties' briefs and the record, and with the benefit of oral argument, we affirm the district court's denial of qualified and state-agent immunity to Watkins and Aldridge for the reasons stated in the district court's thorough and well-reasoned order dated December 9, 2011.

**AFFIRMED.**